UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GINA LEYVA PERDOMO, AS
PARENT AND NATURAL
GUARDIAN OF SG, A MINOR;

    Plaintiff,

v.

NISSAN NORTH AMERICA, INC.,

    Defendant,
    /

Case No. 2:24-CV-832-JLB-KCD

## **ORDER**

Plaintiff Gina Perdomo, acting on behalf of her child, sues Defendant Nissan North America, Inc. for strict liability and negligence. (Doc. 5.) Plaintiff's claims stem from a car accident where the "seatbelt system fail[ed]." (*Id.* ¶ 6.)

Nissan now moves the Court to preserve the underlying vehicle, which is "currently in the sole possession and control of Plaintiff's counsel." (Doc. 25 at 2.) Specifically, Nissan asks "that the subject vehicle, and its component parts, be placed and kept in an enclosed and secure storage facility." (*Id.*) Plaintiff does not oppose the relief sought. (Doc. 28.)

With no opposition, and the Court otherwise finding good cause, it is **ORDERED**:

    1.    Nissan's Motion to Preserve Evidence (Doc. 25) is **GRANTED**;

2.   The subject vehicle and its component parts are to be preserved in their present condition; its custodians or parties are prohibited from destroying, altering, modifying, disassembling, repairing, or otherwise changing the condition of the subject vehicle and all component parts during the pendency of this action; and the parties are to be allowed access to the subject vehicle and all component parts for photographing, examining, and nondestructive testing.

**ENTERED** in Fort Myers, Florida on May 5, 2025.

_____
Kyle C. Dudek
United States Magistrate Judge